# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MICHELLE D. BEASON, Defendant. | PO 25-5210-GF-JTJ  VIOLATION: E2372418 Location Code: M13  ORDER |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation E2372418 (for a total of $80), and for good cause shown,

**IT IS ORDERED** that the $80 payment made by the defendant is accepted as a full adjudication of violation E2372418. **IT IS FURTHER ORDERED** that the initial appearance scheduled for January 9, 2026, is **VACATED**.

DATED this 7th day of January 2026.

_____
John Johnston
United States Magistrate Judge